STATE OF OHIO

COUNTY OF SUMMIT

R. Michael Velten,

An outline of my education, training and experience is offered:

### EDUCATION

1. Bachelor of Science degree in Forensic Science from Eastern Kentucky University, 1984.
   Courses in General Chemistry, Organic Chemistry, Quantitative Amlysis, Physical Chemistry, Biochemistry, Forensic Instrumentation, Forensic Toxicology, Forensic Microscopy, Physics and Mathematics.

### TRAINING

1. Three months internship at Miami Valley Regional Crime Laboratory, Dayton, Ohio, with emphasis in forensic chemistry and serology.
2. Six months specialized training at the Ohio Bureau of Criminal Identification and Investigation in Richfield, Ohio in the analysis of controlled substances and dangerous drugs.
3. Seminar by Drug Enforcement Administration on Clandestine Drug Laboratories, 1985.
4. Seminar on theory and application involving instrumental analysis, Beckman Instruments, 1985.
5. Forensic chemistry course at the Federal Drug Enforcement Administration Laboratory, McLean, VA. 1986.

### EXPERIENCE

1. April 1985 to July 1999 - Forensic Chemist, Ohio Bureau of Criminal Identification and Investigation, Richfield, Ohio.
2. July 1999 to September 2003 – Forensic Science Coordinator, Chemistry, Ohio Bureau of Criminal Identification and Investigation, Richfield, Ohio.
3. September 2003 to July 2004 – Laboratory Director, Ohio Bureau of Criminal Identification and Investigation, Richfield, Ohio.
4. July 2004 to present – Assistant Director of Operations, Ohio Bureau of Criminal Identification and Investigation, Richfield, Ohio.
5. March 1995 to March 1996 - Forensic Chemist, Lorain County Criminaltistics Laboratory.
6. January 1995 to present – Forensic Chemist, Akron Police Department.



EXHIBIT

ATTACHMENT 4