# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:17-CR-00080 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POSTER |
| | ) | |
| -vs- | ) | **UNOPPOSED MOTION TO CONTINUE** |
| | ) | **PRETRIAL, TRIAL, AND PLEA** |
| ROBERT E. EVANS | ) | **DEADLINE** |
| | ) | |
| Defendant. | ) | |

NOW COMES the Defendant, **ROBERT E. EVANS**, by and through his undersigned attorney, and moves this Court to continue this matter so that the parties can review the just received voluminous discovery materials which will necessarily take until a time beyond Defendant's speedy trial deadline. This motion is made pursuant to 18 U.S.C. §3161(h)(8)(A). The factual basis for this motion is set forth below.

Defendant is charged in a two count Indictment involving distribution of methamphetamine and possession of a firearm while under a disability. Discovery materials were received by defense counsel late in the afternoon on March 28, 2017. Defendant is located in Youngstown CCA. Both Defendant and counsel for the Defendant need time to review the discovery. The foregoing cannot be accomplished within the time frame of Defendant's speedy trial period or prior to the plea deadline of April 4, 2017. Moreover, the ends of justice will outweigh the best interest of the public and the Defendant in a speedy trial. Indeed, the ends of justice will be best served by the granting of such continuance and outweigh the best interests of the public and the Defendant in a speedy trial.

Counsel has consulted with AUSA Aaron Howell who does not oppose this request for continuance.

Defendant is in agreement with the continuance of the trial has waived his right to a speedy trial.

>Respectfully Submitted,
>
>*s/ James M. Campbell*_____
>JAMES M. CAMPBELL (0004733)
>Attorney for Defendant, Robert Evans
>2717 Manchester Road
>Akron, OH  44319
>P: (330) 745-2422
>F: (330) 745-2447

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2017, a copy of the forgoing was filed electronically.

>*s/ James M. Campbell*_____
>JAMES M. CAMPBELL (0004733)
>Attorney for Defendant, Robert Evans